**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEITH D. PHILLIPS, | ) | No. CV 05-3789-CAS(CW)[1] |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| B.G. COMPTON (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED:    November 18, 2008

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge

---

[1] Petitioner also has another habeas action in this court: Case No. CV 05-7369-CAS(CW).